

(Name) BERIHU HADERA FKADU

(Address) 3102 E. HIGHLAND AVENUE, UNIT 01

(City, State, Zip) PATTON, CA 92369

(CDC Inmate No.) 1551332

**FILED**
OCT 22 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Southern District of California

(Enter full name of plaintiff in this action.)

BERIHU HADERA FKADU

                                    Plaintiff,

v.

1. SANDIEGO CITY POLICE DEPT, AND
SANDIEGO CITY POLICE CHIEF,
WILLIAM LANSDOWNE.
2. SANDIEGO CITY AND SANDIEGO CITY
MAYOR, JERRY SANDERS,

(Enter full name of each defendant in this action.)

                                    Defendant(s).

Civil Case No. '07 CV 2075 L    NLS
(To be supplied by Court Clerk)

Complaint Under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Plaintiff, BERIHU HADERA FKADU (print Plaintiff's name), who presently resides at 3102 E. HIGHLAND AVE. UNIT 01, PATTON, CA 92369 (mailing address or place of confinement), were violated by the actions of the below named individuals. The actions were directed against Plaintiff at SAN DIEGO CITY AROUND WEST BROAD WAY ST (institution/place where violation occurred) on (dates) DEC. 31, 1994 (Count 1), (Count 2), (Count 3) and

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

§ 1983 SD Form
(Rev. 5/98)

::ODMA\PCDOCS\WORDPERFECT\22834\1

Defendant WILLIAM LANS DOWNE _____ resides in 1401 BROAD WAY, S.D, CA 92101
(name)                                                         (County of residence) SANDIEGO
and is employed as a SANDIEGO CITY'S POLICE CHIEF _____ . This defendant is sued in
(defendant's position/title (if any))

(his)/her ☐ individual ☒ official capacity. (Check one or both.)  Explain how this defendant was acting

under color of law: ☐ REPORTED MY DECEMBER 31, 1994'S SANDIEGO
POLICE FALSIFIED AND EXAGGERATED CHARGES. AND ☐
REQUESTED TO HIM BY MAILS TO INVESTIGATE, BUT HE
FAILED TO RESPONSE AT ALL.

Defendant JERR SANDERS _____ resides in 202 C ST., 11TH FLOOR, S.D, CA
(name)                                                         (County of residence) SANDIEGO            92101
and is employed as a SAN DIEGO CITY'S MAYOR _____ . This defendant is sued in
(defendant's position/title (if any))

(his)/her ☐ individual ☒ official capacity. (Check one or both.)  Explain how this defendant was acting

under color of law: THE MAYOR REPEATEDLY FAILED TO INVESTIGATE
MY POLICE FALSE CHARGES AND GET ME RELEASED IN
FAIR JUSTICE. AS A RESULT, HE LED ME TO FACE
VARIOUS INJURIES.

Defendant NONE. _____ resides in _____
(name)                                                         (County of residence)
and is employed as a _____ . This defendant is sued in
(defendant's position/title (if any))

his/her ☐ individual ☐ official capacity. (Check one or both.)  Explain how this defendant was acting

under color of law:




Defendant NONE _____ resides in _____
(name)                                                         (County of residence)
and is employed as a _____ . This defendant is sued in
(defendant's position/title (if any))

his/her ☐ individual ☐ official capacity. (Check one or both.)  Explain how this defendant was acting

under color of law:

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: ALL OF THE LISTED BELOW.

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

DEAR CLERK, IN DECEMBER 31, 1994, TWO RACIST WHITE POLICE FALSELY CHARGED ME IN SAN DIEGO CITY. FOR EXAMPLE, I HAVE COMPLETELY FALSE ASSAULT WITH DEADLY WEAPON. ie. THE POLICE REPORTED THAT I HAD A KNIFE. BUT I HAD NO ANY KNIFE AT ALL. SO IT IS FALSIFIED AND EXAGGERATED REPORTS. (AND THEN A WHITE JUDGE WRONGLY CONVICTED AND WRONGLY SENTENCED ME ON FEBRUARY 1996, THE JUDGE SENTENCED ME FOR NINE YEARS, SEVEN YEARS FOR THE KNIFE THAT I HAVE NEVER, NEVER SEEN AT ALL). AND I HAVE REPORTED AND REQUESTED TO SAN DIEGO POLICE CHIEF, WILLIAM LANSDOWNE TO INVESTIGATE THE FALSIFIED AND EXAGGERATED POLICE CHARGES BUT HE FAILED TO INVESTIGATE AND GET ME RELEASED IN FAIR JUSTICE LIKE OTHER POLICE VICTIMS HAVE BEEN DOING NATION WIDE. AS A RESULT, I HAVE BEEN SUFFERING BY VARIOUS ABUSES AND I HAVE VARIOUS DAMAGES. BY DISEASES CREATOR DRUGS AND BY SET UP ATTACKS. I HAVE HARD TIME TO STOP THE ABUSES BY DRUGS WHILE I AM CONSISTENTLY PEACEFUL. HERE AT PATTON, I AM FACING VERY BLIND DISCRIMINATIONS AND OTHER MISCONDUCTS, AND SINCE ENGLISH IS MY 3RD LANGUAGE, I APOLOGIZE FOR ANY GRAMMAR AND OTHER UNINTENTIONAL ERRORS.

§ 1983 SD Form
(Rev. 5/98)

3

::ODMA\PCDOCS\WORDPERFECT\22834\1

Count 2: The following civil right has been violated: _ALL OF THE LISTED BELOW_

(E.g., right to medical care, access to courts,

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

I REPORTED (MY DECEMBER 31,1994's TWO UNJUST WHITE OF SANDIEGO POLICE FALSE CHARGES) AND I REQUESTED SUBTLY TO THE MAYOR AT LEAST THREE TIMES TO INVESTIGATE THOROUGHLY THE FALSE CHARGES, BUT HE FAILED. AS A RESULT, I HAVE BEEN SUFFERING BY VARIOUS ABUSES AND I HAVE DAMAGES. FOR EXAMPLE, I HAVE BEEN SUFFERING BY EYES' VISION BLINDNESS) AND BY BROKEN TOOTH AND BY LOW PROTEIN. AND I LOOK LIKE THAT I HAVE BAD DIABETICS, PARKINSONISM, ETC.

I DECLARE UNDER OATH OF PENALTY OF PERJURY AND LIE DETECTOR THAT THE FOREGOING IS CORRECT AND TRUE.

Count 3: The following civil right has been violated: NONE —

(E.g., right to medical care, access to courts,

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts:  [Include all facts you consider important to Count 3.  State what happened clearly and in your own words.  You need not cite legal authority or argument.  Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

## D.  Previous Lawsuits and Administrative Relief

1.  Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case?  ☐ Yes ☒ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a)  Parties to the previous lawsuit:
Plaintiffs: _____

Defendants: _____

(b)  Name of the court and docket number: _____
_____.

(c)  Disposition: [ For example, was the case dismissed, appealed, or still pending?] _____
_____.

(d)  Issues raised:
_____
_____
_____
_____

(e)  Approximate date case was filed: _____.
(f)  Approximate date of disposition: _____.

2.  Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☐ Yes ☒ No.

If your answer is "Yes", briefly describe how relief was sought and the results.  If your answer is "No", briefly explain why administrative relief was not sought.

J WAS ATTEMPTING TO SUE THE SANDIEGO POLICE DEPARTMENT AND THE POLICE'S CHIEF AND THE SANDIEGO CITY AND SANDIEGO CITY'S MAYOR IN THE SANDIEGO COUNTY SUPERIOR COURT, 220 WEST BROAD WAY, SANDIEGO, CA 92101, PHONE NUMBER = (619) 531·4420, BUT THE CLERK OF THE SANDIEGO SUPERIOR COURT FAILED TO SEND ME A LAWSUIT FORMS. J HAVE SENT A COPY OF MY LETTER TO THE CLERK THAT WRITTEN AND SENT IN OCTOBER 3, 2007. J ALSO SENT COPIES OF PATTON PRISON'S RIGHTS ADVOCATE THAT J AM SEEKING RELIEF FROM ABUSIVE DRUGS·

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): ⅃ AM SEEKING FOR
   CONSIDERATION TO ORDER A THOROUGH
   INVESTIGATION IN MY CASE IN ORDER TO GET
   RELEASED IN FAIR JUSTICE.

2. Damages in the sum of $ 6 MILLIONS.

3. Punitive damages in the sum of $ 10 MILLIONS.

4. Other: 8.6 MILLIONS.

**F. Demand for Jury Trial**

Plaintiff demands a trial by ☒ Jury ☐ Court. (Choose one.)

**G. Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☒ Plaintiff consents to magistrate judge jurisdiction as set forth above.

**OR**

☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

I declare under the penalty of perjury that the foregoing is true and correct.

OCTOBER 18, 2007
Date

_[signature]_
Signature of Plaintiff

Page 1
October 12, 2007

To Thomas Lim, Patton unit 01's Psychiatric doctor
   3102 E. highland avenue,
   Patton, CA 92369.

AGAIN, I AM SEEKING FOR CONSIDERATION TO IMMEDIATELY RELIEF
FROM THE VERY, VERY DANGEROUS DISEASES CREATOR DRUGS THAT I
HAVE BEEN TAKING BY FORCE UNBELIEVABLY SINCE EARLY 1995 UP TO
CURRENT TIME, PLEASE.

My name is Berihu Hadera Fkadu. Birth date September 11,1968, SSN=488.06.1848
        Since I am taking badly abusive drugs, I am requesting subtly to immediately stop
the drugs. Because of the abuses by the drugs, I have eyes vision blindness by 300 mg
Seroquel by bull shittor and racist and idiot Jew harasser doctor namely G. Otanez, and I
have diabetics, parkinsonism, low white blood cells, low protein, and my body changed
from athletic to fat and lost weights. I used to take Risperidal, Haldol, Zyprexa, etc…And
I have broken tooth by set up box by asshole doctor namely kamson at Patton unit 37 by
putting me first on high doses and or many abusive drugs such as 200 mg Haldol(
haloperidol) injection and Resperidal and Depekote and Abilify and Advan and cogentin
and so on. I have twisted teeth too. And at Patton, no treatment for the injuries, etc. at all.

        I know many dangerous patients who do not take the drugs. So why do I have to
suffer by the torturous drugs while I am peaceful, peace-seeker, peace-maker and
righteous Christian and or Church edifier and comforter and courageous or true prophet?
Or while I am an evangelist or good news bringer.

        For example, because of the very bad drugs and bizarre reproaches and bad
starvations and gross neglects and bias and very, very blind discriminations by various
white gangs based on my color, race, national origin, political views, hetero-sexuality and
Christianity, I have attempted suicide at least three times within three months, from June
2007 until September 2007, at Patton in very, very bad unit 37 (Program 4).

NOTICE: I have falsified and exaggerated charges by two racist San Diego white Police,
in December 31,1994, and then I have wrong conviction and wrong sentence by white
judge.

        More over, I have conspired false charges by racist white Conreps' employees.
For example, I have false AWOL and false threat and none drug complaint charges.
Mainly the unexplainably bull shittor and poisonous(by various ways) and open gay
harasser and secretive murderer doctor namely Donald William has been madly
persecuting me (since 1998) directly and indirectly while I was in San Diego Conrep for
about 2 years. And others at least three of them who were persecuting me badly God
punished them, got fired from the Conrep.

Page 2 on drugs

And he(William) and his co-workers conspired and rearrested me way unjustly by set ups by using enticer lady namely Carla who works in boarding care. Both Carla and William are bad enticer and or wicked Swedens.

Further more, I have false charge by racist Jews mainly by lousy and wicked harasser doctor namely Kushel Ray of Los Angeles Conrep or Gate ways Satellite programs, in March 15, 2004. I reveal they rearrested me for the diseases creator drug's adjustment and because of my unique and great faith in the Almighty God. I was in the programs that is for gangs and for addicts and I was in the programs for about 5 weeks. Kushel Ray forced me to face interviews by about 8 doctors within the about 5 weeks and then rearrested me for no cause. The interviews were very intense. The unjust Kushel Ray once interviewed me twice a day I reveal to rob my legal rights. And he was threatening me by HIV+ and by liquid drugs and by homo-sexuality. And everyday , I was laboring for free and unsafe dirt job in the programs. I was in badly restricted and with very dangerous roommates who set up to harm me. Another lousy Jew doctor namely L. Alb also almost killed me by vomit and diarrhea all night long by using high doses of Abilify liquid drug that happened at Patton unit 35, in 2004. The Holy Bible says, "May my accusers perish in shame; may those who want to harm me be cover with scorn and disgrace (Psalm 71:13)."

For the record, I am a victim of past, present and future Ethiopian very, very evil or wicked and or sick dictators and Eritrean present and future worse sick dictators since 1994 but mainly since 1999. Those back warded, blind in the mind and very dangerous but fragile dictators have been badly bull shitting and murdering innocent people world wide. For example, they (the destructive dictators) have polluted and corrupted even God's Churches in the U.S. in San Diego and other places. And they, the condemned Ethiopian and Eritrean harasser and unethical dictators, had attempted to rape me on 1999 in San Diego during Bible study while I was on fat maker and or diseases creator drug Zyprexa.

The Holy Bible says,1/"If you forsake the Lord and serve foreign gods, He will turn and bring disaster on you and make an end of you after He has been good to you (Joshua 24:19)." 2/ "To those who by persistence in doing good seek glory, honor and immortality, God will give them eternal life. But for those who are self-seeking and evil liar who reject the truth and follow evil, there will be wrath and anger (Romans 2:7-8)." 3/ "They who seek my life will be destroyed, they will go down to the depths of the earth (Psalm 63:9)." 4/ " They plot injustice and say, "we have devised a perfect plan!"(Psalm 64:6)." 5/ " Surely God will crush the heads of His enemies, the hairy crowns of those who go on in their sins (Psalm 68:21)." 6/ "Envoys will come from Egypt; Cush (Ethiopia) will submit herself to God (Psalm 68:31)." 7/ " A false witness will not go unpunished, and he who pours out lies will not go free; and " A false witness will not go unpunished, and he who pours out lies will perish (Proverbs 19:5, 9)." 8/ "God's curse on any one who makes an idol of stone, wood, or metal and secretly worship it ; the LORD hates idolatry (Deuteronomy 27:15)."

Page 3 on drugs 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

9/ "The LORD your God will make you the leader among the nations and not follower; you will always prosper and never fail if you obey faithfully all His commands that I am giving you today (Deuteronomy 28:13)."
10/ " God's curse on anyone who deprive foreigners, orphans, and widows of their rights (Deuteronomy 27:19)." 11/ " He said: "Listen, king Jehoshaphat and all who live in Judah and Jerusalem! This is what the LORD says to you: 'Do not be afraid or discouraged because of this vast army. For the battle is not yours, but God's (2 Chronicle 20:15)."12/ "The LORD said to Samuel, "Do not consider his appearance or his height, for I have rejected him. The LORD does not look at things man looks at. Man looks at the out ward appearance, but the LORD looks at the heart (Samuel 16:7)." Surely God is very, very good to those who are pure in heart!

Dr. Thomas Lim(at Patton unit 01), also has been abusing me by the current shockingly bad and high doses drugs of 30 mg Abilify and by the bizarre situation drug call Klonopin. He even failed to lower the high doses drugs. This computerized drug, Klonopin, bothers my sleeping systems, it makes me sleep in the bad and or force mall group times. And he (Lim) repeatedly failed to stop the abusive drugs when I requested him in various writings (typed in the computer letters). And only certain people close and open the computer to get it(the secretive Klonopin). For example, I usually see one intelligent staff namely Archie Adu-poku, Ganan American, not allowed to open himself the computer and so always he must ask another person to open and get the drug. I have been facing various abuses by the drugs unbelievably and unexplainably since early 1995 instead of getting released in fair justice like other Police's and Conreps' victims have been doing.

And I have requested to Patton's Program 6 Director, Harry Orel and Patton's executive Director, Octavio Carlos Luna in order to stop the abusive drugs but they failed.

For about 12 years, from early 1996 up to May 2007, I have been consistently very peaceful. I have never been in san restraint and or never pull my I.D. card. Or I have never been in any fight. However, at Patton west side in unit 27, my former roommate, a double murderer and a former boxer, fought me once for no cause simply by staffs' or doctors' set ups, in 2002. The frauds were training him by over feeding him and worshipping him but they were under feeding me and I was taking stupor maker and high doses drug call Risperidal(6mg) but he was taking only 50 mg Seroquel (but I was taking 300 mg Seroquel at Patton unit 35 and in unit 27 and in San Diego central jail). In short, because of the Almighty God, I have escaped a lot of conspired and or set up attacks in three counties by doctors putting me on bad drugs first. And from May 2007 up to September, 2007 fraud doctors, etc.. changed my life by the torturous drugs and by setting me up and pressure me to fight and then I started to fight for the first time in order to stop the diseases creator drugs and the set up attacks.

Page 4 on drugs

And various Patton employees have been fighting me for many years to avoid my precious faith and die. And the doctors started to threat my very life by the set up attacks by well trained and or built prisoners and by liquid drugs or poisons mainly in order to block my getting released in fair justice. For example, in early 2007, one Philipino American fraud doctor namely Anosa Nelie mocked me and fought me to avoid my faith and threatened me by liquid drug in order to block my getting released by appeal court on May 2007. And then she led me to face extension for the fourth time way unjustly. One pervert and bad bull shittor and racist and open gay harasser social worker namely Brian Cunningham also madly fought me to poison me by HIV + and to be a gay and avoid my faith since late 2001.

Briefly, at Patton unit 37 conspired gang of Italian retaliators and their followers have been persecuting me badly for not colonizing my first country, Ethiopia, two decades ago. At Patton unit 37, I had at least 3 times attempted suicide because of the harsh gang of wicked Italians and other persecutors.

Fraud Italian doctors, social worker, inmates, director, and gang of staffs have been madly persecuting me since 1999 in San Diego central jail and Los Angeles Gate ways Satellite programs and at Patton mainly in unit 37. I have great coping skills such as meditations, writings, readings, listening to music, exercising, watching T.V., etc...And I have relapse prevention plans and or I have short term and long term goals. The Holy Bible says, " the spirits of prophets are subject to control of prophets. For God is not a God of delusion or disorder but of peace (1 Corinthians 14:32-33)." They fully intend to topple him from his lofty place; they take delight in lies. With their mouths they bless, but in their hearts they curse (Psalm 62:4)."

NOTICE: According to the daily news papers, prisoners like me who face Police false charges have been getting released, nation wide. But I have been facing diseases creator and stupor maker drugs and threats to kill me by set ups, by well trained and or by built prisoners.

In short, if you are unable to stop the shocking violations of human rights by the very dangerous diseases creator drugs as soon as possible, I will go to Court(s), and I am seeking to get Tigrgna speaker interpreter, Tigrgna is northern Ethiopian language, and I need response A.S.A.P., please.

I declare under oath of penalty of perjury and lie detector that the fore going is correct and true.

Sincerely,

BERIHU H. FKADU.

Page 1
October 12, 2007

<u>Edited for 2nd time.</u>
To Patton Patient's Rights Advocate,
   Deb Smith-Alexander
   3102 E. highland avenue,
   Patton, CA 92369.
<u>AGAIN, I AM SEEKING FOR CONSIDERATION TO IMMEDIATELY RELIEF
FROM THE VERY, VERY DANGEROUS DISEASES CREATOR DRUGS THAT I
HAVE BEEN TAKING BY FORCE UNBELIEVABLY SINCE EARLY 1995 UP TO
CURRENT TIME, PLEASE.</u>

My name is Berihu Hadera Fkadu. Birth date September 11,1968, SSN=488.06.1848
   Since I am taking badly abusive drugs, I am requesting subtly to immediately stop
the drugs. Because of the abuses by the drugs, I have eyes vision blindness by 300 mg
Seroquel by bull shittor and racist and idiot Jew harasser doctor namely G. Otanez, and I
have diabetics, parkinsonism, low white blood cells, low protein, and my body changed
from athletic to fat and lost weights. I used to take Risperidal, Haldol, Zyprexa, etc…And
I have broken tooth by set up box by asshole doctor namely kamson at Patton unit 37 by
putting me first on high doses and or many abusive drugs such as 200 mg Haldol(
haloperidol) injection and Resperidal and Depekote and Abilify and Advan and cogentin
and so on. I have twisted teeth too. And at Patton, no treatment for the injuries, etc. at all.

   I know many dangerous patients who do not take the drugs. So why do I have to
suffer by the torturous drugs while I am peaceful, peace-seeker, peace-maker and
righteous Christian and or Church edifier and comforter and courageous or true prophet?
Or while I am an evangelist or good news bringer.

   For example, because of the very bad drugs and bizarre reproaches and bad
starvations and gross neglects and bias and very, very blind discriminations by various
white gangs based on my color, race, national origin, political views, hetero-sexuality and
Christianity, I have attempted suicide at least three times within three months, from June
2007 until September 2007, at Patton in very, very bad unit 37 (Program 4).

NOTICE: I have falsified and exaggerated charges by two racist San Diego white Police,
in December 31,1994, and then I have wrong conviction and wrong sentence by white
judge.

   More over, I have conspired false charges by racist white Conreps' employees.
For example, I have false AWOL and false threat and none drug complaint charges.
Mainly the unexplainably bull shittor and poisonous(by various ways) and open gay
harasser and secretive murderer doctor namely Donald William has been madly
persecuting me (since 1998) directly and indirectly while I was in San Diego Conrep for
about 2 years. And others at least three of them who were persecuting me badly God
punished them, got fired from the Conrep.

Page 2 on drugs

And he(William) and his co-workers conspired and rearrested me way unjustly by set ups by using enticer lady namely Carla who works in boarding care. Both Carla and William are bad enticer and or wicked Swedens.

Further more, I have false charge by racist Jews mainly by lousy and wicked harasser doctor namely Kushel Ray of Los Angeles Conrep or Gate ways Satellite programs, in March 15, 2004. I reveal they rearrested me for the diseases creator drug's adjustment and because of my unique and great faith in the Almighty God. I was in the programs that is for gangs and for addicts and I was in the programs for about 5 weeks. Kushel Ray forced me to face interviews by about 8 doctors within the about 5 weeks and then rearrested me for no cause. The interviews were very intense. The unjust Kushel Ray once interviewed me twice a day I reveal to rob my legal rights. And he was threatening me by HIV+ and by liquid drugs and by homo-sexuality. And everyday , I was laboring for free and unsafe dirt job in the programs. I was in badly restricted and with very dangerous roommates who set up to harm me. Another lousy Jew doctor namely L. Alb also almost killed me by vomit and diarrhea all night long by using high doses of Abilify liquid drug that happened at Patton unit 35, in 2004. The Holy Bible says, "May my accusers perish in shame; may those who want to harm me be cover with scorn and disgrace (Psalm 71:13)."

For the record, I am a victim of past, present and future Ethiopian very, very evil or wicked and or sick dictators and Eritrean present and future worse sick dictators since 1994 but mainly since 1999. Those back warded, blind in the mind and very dangerous but fragile dictators have been badly bull shitting and murdering innocent people world wide. For example, they (the destructive dictators) have polluted and corrupted even God's Churches in the U.S. in San Diego and other places. And they, the condemned Ethiopian and Eritrean harasser and unethical dictators, had attempted to rape me on 1999 in San Diego during Bible study while I was on fat maker and or diseases creator drug Zyprexa.

The Holy Bible says,1/"If you forsake the Lord and serve foreign gods, He will turn and bring disaster on you and make an end of you after He has been good to you (Joshua 24:19)." 2/ "To those who by persistence in doing good seek glory, honor and immortality, God will give them eternal life. But for those who are self-seeking and evil liar who reject the truth and follow evil, there will be wrath and anger (Romans 2:7-8)." 3/ "They who seek my life will be destroyed, they will go down to the depths of the earth (Psalm 63:9)." 4/ " They plot injustice and say, "we have devised a perfect plan!"(Psalm 64:6)." 5/ " Surely God will crush the heads of His enemies, the hairy crowns of those who go on in their sins (Psalm 68:21)." 6/ "Envoys will come from Egypt; Cush (Ethiopia) will submit herself to God (Psalm 68:31)." 7/ " A false witness will not go unpunished, and he who pours out lies will not go free; and " A false witness will not go unpunished, and he who pours out lies will perish (Proverbs 19:5, 9)." 8/ "God's curse on any one who makes an idol of stone, wood, or metal and secretly worship it ; the LORD hates idolatry (Deuteronomy 27:15)."



Page 3 on drugs

9/ "The LORD your God will make you the leader among the nations and not follower; you will always prosper and never fail if you obey faithfully all His commands that I am giving you today (Deuteronomy 28:13)."
10/ " God's curse on anyone who deprive foreigners, orphans, and widows of their rights (Deuteronomy 27:19)." 11/ " He said: "Listen, king Jehoshaphat and all who live in Judah and Jerusalem! This is what the LORD says to you: 'Do not be afraid or discouraged because of this vast army. For the battle is not yours, but God's (2 Chronicle 20:15)."12/ "The LORD said to Samuel, "Do not consider his appearance or his height, for I have rejected him. The LORD does not look at things man looks at. Man looks at the out ward appearance, but the LORD looks at the <u>heart</u> (Samuel 16:7)." Surely God is very, very good to those who are pure in heart!

Dr. Thomas Lim(at Patton unit 01), also has been abusing me by the current shockingly bad and high doses drugs of 30 mg Abilify and by the bizarre situation drug call Klonopin. He even failed to lower the high doses drugs. This computerized drug, Klonopin, bothers my sleeping systems, it makes me sleep in the bad and or force mall group times. And he (Lim) repeatedly failed to stop the abusive drugs when I requested him in various writings (typed in the computer letters). And only certain people close and open the computer to get it(the secretive Klonopin). For example, I usually see one intelligent staff namely Archie Adu-poku, Ganan American, not allowed to open himself the computer and so always he must ask another person to open and get the drug. I have been facing various abuses by the drugs unbelievably and unexplainably since early 1995 instead of getting released in fair justice like other Police's and Conreps' victims have been doing.

And I have requested to Patton's Program 6 Director, Harry Orel and Patton's executive Director, Octavio Carlos Luna in order to stop the abusive drugs but they failed.

For about 12 years, from early 1996 up to May 2007, I have been consistently very peaceful. I have never been in said restraint and or never pull my I.D. card. Or I have never been in any fight. However, at Patton west side in unit 27, my former roommate, a double murderer and a former boxer, fought me once for no cause simply by staffs' or doctors' set ups, in 2002. The frauds were training him by over feeding him and worshipping him but they were under feeding me and I was taking stupor maker and high doses drug call Risperidal(6mg) but he was taking only 50 mg Seroquel (but I was taking 300 mg Seroquel at Patton unit 35 and in unit 27 and in San Diego central jail). In short, because of the Almighty God, I have escaped a lot of conspired and or set up attacks in three counties by doctors putting me on bad drugs first. And from May 2007 up to September, 2007 fraud doctors, etc.. changed my life by the torturous drugs and by setting me up and pressure me to fight and then I started to fight for the first time in order to stop the diseases creator drugs and the set up attacks.

Page 4 on drugs

And various Patton employees have been fighting me for many years to avoid my precious faith and die. And the doctors started to threat my very life by the set up attacks by well trained and or built prisoners and by liquid drugs or poisons mainly in order to block my getting released in fair justice. For example, in early 2007, one Philipino American fraud doctor namely Onasa Nelie mocked me and fought me to avoid my faith and threatened me by liquid drug in order to block my getting released by appeal court on May 2007. And then she led me to face extension for the fourth time way unjustly. One pervert and bad bull shittor and racist and open gay harasser social worker namely Brian Cunningham also madly fought me to poison me by HIV + and to be a gay and avoid my faith since late 2001.

Briefly, at Patton unit 37 conspired gang of Italian retaliators and their followers have been persecuting me badly for not colonizing my first country, Ethiopia, two decades ago. At Patton unit 37, I had at least 3 times attempted suicide because of the harsh gang of wicked Italians and other persecutors.

Fraud Italian doctors, social worker, inmates, director, and gang of staffs have been madly persecuting me since 1999 in San Diego central jail and Los Angeles Gate ways Satellite programs and at Patton mainly in unit 37. I have great coping skills such as meditations, writings, readings, listening to music, exercising, watching T.V., etc...And I have relapse prevention plans and or I have short term and long term goals. The Holy Bible says, " the spirits of prophets are subject to control of prophets. For God is not a God of delusion or disorder but of peace (1 Corinthians 14:32-33)." They fully intend to topple him from his lofty place; they take delight in lies. With their mouths they bless, but in their hearts they curse (Psalm 62:4)."

NOTICE: According to the daily news papers, prisoners like me who face Police false charges have been getting released, nation wide. But I have been facing diseases creator and stupor maker drugs and threats to kill me by set ups, by well trained and or by built prisoners.

In short, if you are unable to stop the shocking violations of human rights by the very dangerous diseases creator drugs as soon as possible, I will go to Court(s), and I am seeking to get Tigrgna speaker interpreter, Tigrgna is northern Ethiopian language, and I need response A.S.A.P., please.

I declare under oath of penalty of perjury and lie detector that the fore going is correct and true.

Sincerely,

BERIHU H. FKADU.

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

**FILED**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974 is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

OCT 22 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

**I (a) PLAINTIFFS**

Berihu Hadera Fkadu

**DEFENDANTS**

SD City Police Dept

FILING FEE PAID
Yes ___ No ☑

IFP MOTION FILED
Yes ___ No ☑

COPIES SENT TO:
Court ☑    Parties ___

**(b) COUNTY OF RESIDENCE OF FIRST LISTED   San Bernardino
PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Berihu Hadera Fkadu
3102 E. Highland Avenue Unit 01
Patton, CA 92369
1551332

**ATTORNEYS (IF KNOWN)**

'07 CV 2075 L    NLS

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff

☑ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**
(For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

## 42 U.S.C. 1983

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

| VII. REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 | DEMAND $ | Check YES only if demanded in complaint: JURY DEMAND: ☐ YES ☐ NO |
|---|---|---|---|

**VIII. RELATED CASE(S) IF ANY (See Instructions):**   JUDGE _____   Docket Number _____

DATE   10/22/2007

SIGNATURE OF ATTORNEY OF RECORD

*R. Mull.*