PLAINTIFF/PETITIONER/MOVANT'S NAME
BERIHU HADERA FKADU
PRISON NUMBER
1551332
PLACE OF CONFINEMENT
3102 E. HIGHLAND AVE. UNIT 01, PATTON, CA 92369.
ADDRESS

**FILED**
NOV 19 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# United States District Court
## Southern District Of California

BERIHU HADERA FKADU,
Plaintiff/Petitioner/Movant

v.

SAN DIEGO POLICE DEP'T,
SAN DIEGO CITY, ETC...,
Defendant/Respondent

Civil No. 07CV2075 L(NLS)
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, BERIHU HADERA FKADU, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒ Yes ☐ No   (If "No" go to question 2)
   If "Yes," state the place of your incarceration PATTON PSYCHIATRIC PRISON
   Are you employed at the institution?         ☐ Yes ☒ No
   Do you receive any payment from the institution? ☐ Yes ☒ No

   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer._____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. I HAD WORKED ONLY FOR 7 DAYS IN SEPTEMBER 2007. IT WAS 5.75/HR, 6 HR PER WEEK TOTAL I WORKED 12 HRS, EMPLOYER PATTON 3102 E.HIGHLAND AVENUE UNIT 37, PATTON, CA 92369.

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment    ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends    ☐ Yes ☒ No
   c. Pensions, annuities or life insurance             ☐ Yes ☒ No
   d. Disability or workers compensation                ☐ Yes ☒ No
   e. Social Security, disability or other welfare      ☐ Yes ☒ No
   e. Gifts or inheritances                             ☐ Yes ☒ No
   f. Spousal or child support                          ☐ Yes ☒ No
   g. Any other sources                                 ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month._____

4. Do you have any checking account(s)?    ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): —
   b. Present balance in account(s): —

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?    ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): —
   b. Present balance in account(s): —

6. Do you own an automobile or other motor vehicle?    ☐ Yes ☒ No
   a. Make: —    Year: —    Model: —
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed? —

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value. —

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. MANY LOVE ONES BUT I AM UNABLE TO SUPPORT THEM NOW.

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): SOME YEARS AGO, I BORROWED $500.00 FROM MY COUSIN NAMELY GEBREHIWET GEBRU TEKLU IN AUBURN, WA, AND I MUST PAY HIM BACK $1500.00.

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): NONE

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses. I AM IN STATE FACILITY, AND I GET ONLY $12.50 PER MONTH.

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

11.12.2007
DATE

_[signature]_
SIGNATURE OF APPLICANT

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement.</u>

---

## PRISON CERTIFICATE
### (Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant _____,
(NAME OF INMATE)

_____,
(INMATE'S CDC NUMBER)

has the sum of $_____ on account to his/her credit at _____

_____
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities _____

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $_____,

and the *average monthly deposits* to the applicant's account was $_____.

<u>ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

_____           _____
DATE                              SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

                                  _____
                                  OFFICER'S FULL NAME (PRINTED)

                                  _____
                                  OFFICER'S TITLE/RANK

CIV-67 (Rev. 4/06)          C:\Documents and Settings\Jamiep\Local Settings\Temp\notes1C7949\jamieforms8.wpd

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form **MUST** be completed by the <u>prisoner</u> requesting to proceed <u>in forma pauperis</u>. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed <u>in forma pauperis</u>.)

I, __BERIHU HADERA FKADU, #1551332__, request and authorize the agency holding me in
   (Name of Prisoner/ CDC No.)

custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $350 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

__11·12·2007__   __[signature]__
DATE                SIGNATURE OF PRISONER

RECEIVED
ACCOUNTING
2007 OCT -9 PM 1:34

[Patton State Hospital stamp: 2007 AUG 14 A 11:51]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

BERIHU HADERA FEKADU
PRISONER/PLAINTIFF,

v.

STATE OF CALIFORNIA
DEFENDANT(S).

CASE NUMBER

**REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES WITH DECLARATION IN SUPPORT**

I, BERIHU HADERA FEKADU, declare under penalty of perjury, that the following is true and correct; that I am the prisoner-plaintiff in the above entitled case; that in support of my request to proceed without prepayment of fees under 28 U.S.C. Section 1915, I declare that because of my poverty I am unable to pay the full costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed in prison? ☐Yes ☒No  BUT I HAD I.T. ASSIGNMENT FOR 7 DAYS ON
   a. If the answer is yes, state the number of hours you work per week and the hourly rate of pay:
   I HAD I.T. ASSIGNMENT FOR 7 DAYS ON SEPTEMBER IN THE WEST SIDE $5.75/hr, 6 hrs PER WEEK TOTAL 12 HRS BF
   b. State the place of your incarceration PATTON STATE HOSPITAL
   Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.

2. Have you received, *within the past twelve months*, any money from any of the following sources?
   a. Business, profession or form of self-employment?     ☐Yes ☒No
   b. Rent payments, interest or dividends?                ☐Yes ☒No
   c. Pensions, annuities or life insurance payments?      ☐Yes ☒No
   d. Gifts or inheritances?                               ☐Yes ☒No
   e. Any other income (other than listed above)?          ☐Yes ☒No
   f. Loans?                                               ☐Yes ☒No

   If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: _____

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☐ Yes  ☒ No

   If the answer is yes, identify each account and separately state the amount of money held in each account for each of the *six (6) months prior* to the date of this declaration.

   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☒ No

   If the answer is yes, describe the property and state it approximate value: _____

   _____

5. In what year did you last file an Income Tax Return? __12 YEARS AGO__

   Approximately how much income did your last tax return reflect? __UNKNOWN__

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:

   __MANY BUT I AM UNABLE TO SUPPORT THEM__
   __NOW__

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

__STATE OF CALIFORNIA__        __LOS ANGELE COUNTY OR CITY__
State                          County (or City)

I, __BERIHU HADERA HADU__, declare under penalty of perjury that the foregoing is true and correct.

__08/11/2007__                 __[signature]__
Date                           Prisoner/Plaintiff (Signature)

[stamp: RECEIVED ACCOUNTING 2007 OCT -9 PM 1:34]

## PRISONER AUTHORIZATION

If my request to proceed without prepayment of filing fees is granted, I understand that I am required by statue to pay the full amount of the filing fees for this case, regardless of my forma pauperis status and the disposition of this case. I further authorize the prison officials at this institution to assess, collect and forward to the Court the full amount of these fees, in monthly payments based on the average of deposits to or balance in my prison trust account in accordance with 28 U.S.C. Section 1915.

_____
Prisoner-Plaintiff (Signature)

## CERTIFICATE OF AUTHORIZED OFFICER

I hereby certify that the Prisoner-Plaintiff herein has credit in the sum of $ 7.64 _____ on account at the  Patton State Hospital  _____ institution where Prisoner-Plaintiff is confined.

[Patient]

I further certify that during the past six months the applicant's average monthly balance was $ 23.33 . I further certify that during the past six months the average of monthly deposits to the applicant's account was $ 23.33 .

A certified copy of the [patient] prisoner-plaintiff's trust account statement for the last six (6) months is attached.

10-16-07
Date

_____
Authorized Officer of Institution (Signature)

RECEIVED ACCOUNTING 2007 OCT -9 PM 1:34

---

REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES WITH DECLARATION IN SUPPORT
CV-60P (04/06)    Page 3 of 3